UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOMINIC GREGORY AMALFITANO,

    Petitioner,

v.             CASE NO.  8:19-cv-3193-WFJ-SPF
          CRIM. CASE NO. 8:17-cr-592-WFJ-SPF

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

THIS CAUSE is before the Court under the remand of the Eleventh Circuit Court of Appeals (Doc. 22). The mandate issued this day (Doc. 23) The case was remanded for the limited purpose of dismissing the claims not addressed in the Court's April 10, 2020 Order (see cv Doc. 10) granting Mr. Amalfitano's Section 2255 motion.

Accordingly, Grounds Two, Three, and Four of Mr. Amalfitano's Section 2255 motion (cv Doc. 1) are **DISMISSED without prejudice**.

**ORDERED** in Tampa, Florida, on October 4, 2021.

                                                WILLIAM F. JUNG
                                                UNITED STATES DISTRICT JUDGE

SA: sfc
<u>Copies to</u>:
Counsel of Record
Dominic Gregory Amalfitano, *pro se*